IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-00015-D

UNITED STATES OF AMERICA    :

      v.                                  :       ORDER

STEVEN WILLIAM NOWELL    :

On motion by the United States, it is hereby

ORDERED that the Order of Forfeiture (DE #58) is vacated and the firearm listed therein be returned to its legal owner.

SO ORDERED this 9 day of January, 2019.

                                                  JAMES C. DEVER, IIII
                                                  UNITED STATES DISTRICT JUDGE